Pioneer Iron Works, Respondent, v. American Block Press Company, Appellant. — Order, in so far as appealed from, affirmed, on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Thomas and Miller, JJ., concurred.

Cora M. Powell, Appellant, v. The Heffley School, Respondent. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Isidor Prince, Appellant, v. Patrick Hughes and Mary Hughes, Respondents. — Judgment of the County Court of Kings county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

The People of the State of New York, Respondent, v Fred De Barberi, Appellant. — Order of the County Court of Westchester county affirmed. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. John J. Ryan, Appellant. — Judgment of conviction of the County Court of Orange county affirmed. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. John F. Drucker, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent. — Determination confirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ., concurred.

The People of the State of New York ex rel. Frank Melicchio, Respondent, v. Thomas S. Cheshire, County Clerk of the County of Nassau, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Grace Raymond, Appellant, Respondent, v. Naomi Ring (Formerly Naomi Duncombe), Respondent, Appellant. — Order affirmed, with costs to the defendant. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Lizzie Raymond, Appellant, v. The Transit Development Company, Respondent. — Interlocutory judgment affirmed, with costs, on the opinion of Mr. Justice Carr at Special Term. (Reported in 65 Misc. Rep. 70.) Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

The Rector, Wardens and Vestrymen of St. Andrew's Church, in the Village of Walden, County of Orange, and State of New York, Respondent, v. Caroline Van Nosdall, Appellant. — We think that a compulsory reference in this case is not only not authorized (Code Civ. Proc. § 1013), but is expressly forbidden. (Id. § 968.) The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and the motion denied, with costs. Hirschberg, P. J., Woodward Burr, Rich and Miller, JJ., concurred.

Ellis Roberts, Appellant, v. Mark S. Feiler and Ida Isen, as Executors, etc., Respondents. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Rich and Miller, JJ., concurred.

Joseph S. Rush, as Executor, etc., of Hannah Elizabeth Owens, Deceased,